AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

FRANCISCO BARRERA-LOPEZ

**WARRANT FOR ARREST**

CASE NUMBER: 06- 37M-1-MPT

CR06-31-1-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FRANCISCO BARRERA-LOPEZ when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense),

knowingly conspiring to distribute five kilograms or more of cocaine, a controlled substance,

in violation of Title __21__ United States Code, Section (s) __846 and 841(a)(1) and (b)(1)(A).__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

**Bail fixed at $** _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

March 27, 2006    Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Francisco Barrera-Lopez |

| DATE RECEIVED 3/27/06 | NAME AND TITLE OF ARRESTING OFFICER Toby M. Conrad DUSM | SIGNATURE OF ARRESTING OFFICER *[signature]* T.M.C. |
|---|---|---|
| DATE OF ARREST 3/27/06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**FILED**
APR 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE