FILED IN OPEN COURT
4/6/06 KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) CASE NO. CR06-31-1-JJF
vs. )
)
FRANCISCO BARRERA-LOPEZ )
)
)
Defendant. )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on April 6, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until June 2, 2006. The time between the date of this order and June 2, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
APR 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE