IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | Docket Number |
| | : | |
| FRANCISCO BARRERA LOPEZ, | : | 06-31-01-JJF |
| Defendant. | : | |

O R D E R

NOW this _____ day of _____, 2004, it is hereby ORDERED, the Defendant's Motion for a 404(b) disclosure is hereby GRANTED.

BY THE COURT:

_____
                                                         J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | Docket Number |
| | : | |
| FRANCISCO BARRERA LOPEZ, | : | 06-31-01-JJF |
| Defendant. | : | |

DEFENDANT'S MOTION FOR AN ORDER REQUIRING THE
PROSECUTION TO GIVE NOTICE OF ITS INTENTION
TO USE OTHER CRIMES, WRONGS OR ACTS EVIDENCE

Defendant, Francisco Barrera-Lopez, by his appointed attorney, hereby moves this Honorable Court, pursuant to Federal Rule of Criminal Procedure 12(d)(2), and Federal Rules of Evidence 104(a) and (c), and Federal Rule of Criminal Procedure 404(b), for an order requiring the prosecution to give notice of, at least two weeks prior to trial, its intention to introduce as evidence at trial, for any purpose including rebuttal, cross-examination or impeachment of the following:

1. Evidence of "other crimes, wrongs, or acts" of the defendant, as that phrase is used Federal Rule of Evidence 404(b), including the issue or issues on which the prosecution believes such evidence is relevant within the scope and meaning of Rule 404(b).

2. Evidence of "other crimes, wrongs or acts" includes, but is not limited to any and all records and information revealing prior felony convictions or guilty verdicts of juvenile adjudications attributed to defendant as well as any relevant state and/or federal "rap" sheets.

WHEREFORE Defendant requests that this motion be granted and that the prosecution be ordered to notify the defense at least two weeks prior to trial of what evidence it will seek to

1

introduce pursuant to F.R.E. 404(b).

                                                Respectfully submitted,

                                                   _JO1494_____
                                                 José Luis Ongay, Esquire

Dated: June 2, 2006

<u>CERTIFICATE OF SERVICE</u>

  I, hereby, certify that on this date, a copy of this motion was served upon AUSA Adam Safwat, via First Class Mail at 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 198899-2046.

                     _____
                     José Luis Ongay, Esquire

Date: June 2, 2006

<u>VERIFICATION STATEMENTS</u>

1. The text of the Motion and the hard copy are identical.

2. The PDF file contains no virus and was checked by McAfee Software.

                                                              _____
                                                              José Luis Ongay, Esquire

Date: June 2, 2006