

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

October 6, 2006

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

Re: **United States v. Francisco Barrera-Lopez, Salvador Martinez-Torres, and Jose Luis Becerra-Yepez**
   **Criminal Action No. 06-31-JJF**

Dear Judge Farnan:

This letter is submitted as a status report.

By letter of September 28, 2006, I advised the Court that Defendant Barrera-Lopez is prepared to enter a guilty plea to conspiracy to distribute cocaine. That change of plea hearing is not scheduled. The same plea offer has been made to the remaining two codefendants, however, those plea offers are contingent upon Defendant Barrera-Lopez entering his guilty plea. The United States expects that the two codefendants also will enter guilty pleas.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

pc: Jose Ongay, Esquire (via Telefax)
   Joseph Benson, Esq
   Christopher Koyste, Esq.