

# JOSÉ LUIS ONGAY

ATTORNEY AT LAW

521 S. SECOND STREET, PHILADELPHIA, PA 19147
TELEPHONE 215-928-0859   FAX 215-928-0215

October 23, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re: USA v. Barrera-Lopez, Criminal Action No. 06-31-JJF

Dear Judge Farnan:

    The following is to inform you that my client will no longer be entering a guilty plea.

    Thank you for your assistance in this matter.

                                       Respectfully,

                                       José Luis Ongay, Esquire

JLO
cc: Edmund Falgowski

