IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 06-31-1 JJF |
| | : |
| FRANCISCO BARRERA-LOPEZ, | : |
| aka Paco, | : |
| | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on October 23, 2006, counsel for Defendant notified the Court that Defendant no longer intends to enter a guilty plea (D.I. 52);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Counsel shall submit a status report no later than **December 1, 2006**. Upon receipt of the status report the Court will promptly schedule a conference to further discuss the scheduling of this matter.

2. The time between the date of this Order and December 1, 2006, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

November 8, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE