IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-31-1 JJF |
| FRANCISCO BARRERA-LOPEZ, aka Paco, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, by letter dated December 1, 2006, the Government advised that the Defendant intends to enter a plea of guilty to the charges pending against him in this Court;

IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Thursday, January 18, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and January 18, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

December 12, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE