IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-31-01-JJF |
| FRANCISCO BARRERA-LOPEZ, ) | |
| Defendant. ) | |

**INFORMATION**

The United States Attorney for the District of Delaware charges that:

**Count One**

During the period from on or about March 1, 2006, through and including March 24, 2006, in the District of Delaware, and elsewhere, Francisco Barrera-Lopez, defendant herein, did knowingly conspire with Salvador Martinez-Torres and Jose Luis Becerra-Yepez, to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 846.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 1-18-07

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE