IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       :
                                :
          Plaintiff,            :
                                :
     v.                         :Criminal Action No. 06-31-1 JJF
                                :
FRANCISCO BARRERA-LOPEZ,        :
aka Paco,                       :
                                :
          Defendant.            :

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Information pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, August 2, 2007 at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

July 9, 2007
_____
    DATE

_Joseph J Farnan Jr._
UNITED STATES DISTRICT JUDGE