IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCISCO BARRERA-LOPEZ, )<br>)<br>Defendant. ) | Criminal Action No. 06-31-JJF |

## JOINT MOTION FOR CONTINUANCE OF SENTENCING

The United States of America by and through its undersigned attorney, and Francisco Barrera-Lopez, by and through his attorney, Jose Luis Ongay, Esquire, jointly move this Court to enter an Order continuing sentencing indefinitely. In support of this motion, the parties state the following:

1. On January 18, 2007, the defendant entered a guilty plea to conspiring with others, including co-defendant Salvador Martinez-Torres, to distribute cocaine. (Docket Items [D.I.] 70 and 71). On July 9, 2007, the Court scheduled the defendant's sentencing for August 2, 2007, at 1:30 p.m. (D.I. 91).

2. Co-defendant Salvador Martinez-Torres has rejected all plea offers. His trial is not yet scheduled, as the Court ordered, on July 3, 2007, that he is presently incompetent to stand trial and is committed to the custody of the Attorney General for hospitalization, not to exceed four (4) months, as is necessary to determine whether there is a substantial probability that in the foreseeable future Martinez-Torres will attain the capacity to proceed to trial. (D.I. 90.)

3. The defendant is prepared to testify truthfully as a Government witness at any trial concerning the Indictment against co-defendant Salvador Martinez-Torres. The defendant does not

2159280215    P.04/04

want to be sentenced without first having an opportunity to earn from the United States a substantial assistance motion for truthful cooperation.

4. By approximately December 15, 2007, the Bureau of Prisons should report to the Court on the hospitalization and competency status of co-defendant Salvador Martinez-Torres. The parties request that the Court revisit the issue of the defendant's sentencing after that competency report is received by the Court.

**WHEREFORE**, the parties respectfully request that the defendant's sentencing be continued indefinitely with the Court revisiting the scheduling of the defendant's sentencing after the Bureau of Prisons responds to the Court's Order regarding co-defendant Salvador Martinez-Torres, D.I. 90.

_____
Jose Luis Ongay, Esquire
Counsel for Defendant

Dated: 7/19/07

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

2

302 573 6200    98%    P.04

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-31-JJF |
| ) | |
| FRANCISCO BARRERA-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On this _____ day of _____, 2007, having considered the Joint Motion for Continuance of Sentencing filed by the parties, it is hereby

**ORDERED** that the Court's Order scheduling the defendant's sentencing for August 2, 2007, (D.I. 91) is withdrawn; and

**IT IS FURTHER ORDERED** that sentencing is continued indefinitely, but will be revisited after the Bureau of Prisons responds to the Court's Order regarding the hospitalization of co-defendant Salvador Martinez-Torres (D.I. 90).

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge