IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-31-JJF |
| | ) | |
| FRANCISCO BARRERA-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On this ___2⁴___ day of ___July___, 2007, having considered the Joint Motion

for Continuance of Sentencing filed by the parties, it is hereby

**ORDERED** that the Court's Order scheduling the defendant's sentencing for August 2, 2007,

(D.I. 91) is withdrawn; and

**IT IS FURTHER ORDERED** that sentencing is continued indefinitely, but will be revisited

after the Bureau of Prisons responds to the Court's Order regarding the hospitalization of co-

defendant Salvador Martinez-Torres (D.I. 90).

Honorable Joseph J. Farnan, Jr.
United States District Court Judge