

# JOSÉ LUIS ONGAY

### ATTORNEY AT LAW

521 S. SECOND STREET, PHILADELPHIA, PA 19147
TELEPHONE 215-928-0859    FAX 215-928-0215

December 19, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

 Re: USA v. Barrera-Lopez, 06-31-JJF

Dear Judge Farnan:

 My client has asked me to request that he be sentenced as soon as possible. Please, if possible, schedule this matter for a sentencing hearing on January 2008.

 Thank you for your assistance in this matter.

     Respectfully

     José Luis Ongay, Esquire

c: Edmond Falgowski, AUSA

FILED

DEC 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE