RECEIVED

FEB 25 2008



# JOSÉ LUIS ONGAY

ATTORNEY AT LAW

521 S. SECOND STREET, PHILADELPHIA, PA 19147
TELEPHONE 215-928-0859    FAX 215-928-0215

February 21, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re: USA v. Barrera-Lopez, 06-31-JJF

Dear Judge Farnan:

    My client has asked me to request that he be sentenced as soon as possible. Please, if possible, schedule this matter for a sentencing hearing on March 2008.

    Thank you for your assistance in this matter.

                Respectfully,

                José Luis Ongay, Esquire

JLO