IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-31-01-JJF |
| FRANCISCO BARRERA-LOPEZ, | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment as it relates to the defendant pursuant to the Memorandum of Plea Agreement dated January 18, 2007.

COLM F. CONNOLLY
United States Attorney

Edmond Falgowski
Assistant United States Attorney

Dated: 5-9-08

IT IS SO ORDERED this 9 day of May, 2008.

HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

FILED
MAY 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE